IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01969-WYD-MEH

QWEST COMMUNICATIONS INTERNATIONAL, INC.,

    Plaintiff,

v.

IQWEST TECHNOLOGIES, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 3, 2008.**

    Plaintiff's Unopposed Motion to Vacate Scheduling Conference [filed November 30, 2008; docket #9] is **granted**. The Scheduling Conference set in this matter for Friday, December 5, 2008, at 9:45 a.m. is hereby **vacated**.